SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| **CHARLOTTE ERICKSON,**<br><br>                    Plaintiff,<br><br>     v.<br><br> WELLS FARGO BANK, N.A.; et. al.,<br><br><br><br>                    Defendants. | Case No.: 3:16-CV-06331-VC<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT WELLS FARGO BANK, N.A. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   **PLEASE TAKE NOTICE THAT** plaintiff Charlotte Erickson and defendant Wells Fargo Bank, N.A. by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. The parties believe the settlement will be finalized within 30 days.

Dated:   March 22, 2017

                                                            **Sagaria Law, P.C.**
                                                            /s/ *Elliot Gale*
                                                            Elliot Gale
                                                            Attorneys for Plaintiff