SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| **CHARLOTTE ERICKSON,**<br><br>                    Plaintiff,<br><br>     v.<br><br> EXPERIAN INFORMATION<br> SOLUTIONS, INC; et. al.,<br><br>                    Defendants. | Case No.: 3:16-CV-06331-VC<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Charlotte Erickson and defendant Experian Information Solutions, Inc. by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. The parties believe the settlement will be finalized within 30 days and will request dismissal of this action.

//

//

//

NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. -1-

| | | |
|---|---|---|
| Dated: April 12, 2017 | | **Sagaria Law, P.C.** |
| | | /s/ *Elliot Gale* |
| | | Elliot Gale |
| | | Attorneys for Plaintiff |
| | | |
| Dated: April 12, 2017 | | **Jones Day** |
| | | /s/ *Celia M. Jackson* |
| | | Celia Jackson |
| | | Attorneys for Defendant |
| | | Experian Information Solutions, Inc. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Celia M. Jackson has concurred in this filing.

*/s/ Elliot Gale*