1  Scott Sagaria (State Bar No.217981)
   sjsagaria@sagarialaw.com
2  Elliot Gale (State Bar No. 263326)
   egale@sagarialaw.com
3  Joe Angelo (State Bar No. 268542)
   jangelo@sagarialaw.com
4  SAGARIA LAW, P.C.
   3017 Douglas Blvd., Ste. 100
5  Roseville, California 95661
   Telephone: (408) 279-2288
6  Facsimile: (408) 279-2299

7  Attorneys for Plaintiff
   Charlotte Erickson

8

9

10

11

12

13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLOTTE ERICKSON, | Federal Case No.: 3:16-CV-06331-VC |
| Plaintiff, | |
| vs. | **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER** |
| EQUIFAX, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Charlotte Erickson and defendant

Equifax, Inc. ("Equifax"), that Equifax be dismissed from this action with prejudice pursuant to

Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own

attorneys' fees and costs.

//

//

//

//

1
STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER

1

DATED:  July 7, 2017                                      Sagaria Law, P.C.

2

By:  _____
3
                         */s/ Elliot W. Gale*
                                    Elliot W. Gale
4                                                         Attorneys for Plaintiff
                                                        Charlotte Erickson

5

DATED:  July 7, 2017                                      Nokes & Quinn
6

7

8
By:  _____
                         */s/ Thomas P. Quinn, Jr.*
9                                    Thomas P. Quinn, Jr.
                                                        Attorneys for Defendant
10                                                       Equifax, Inc.

11

I, Elliot Gale, am the ECF user whose identification and password are being used to file this
12

Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.
13

*/s/ Elliot Gale*
14

15
## [~~PROPOSED~~] ORDER
16

       Pursuant to the stipulation of the Parties, Equifax is dismissed with prejudice, and that each
17

party shall bear its own attorneys' fees and costs.
18

       IT IS SO ORDERED.
19

20

DATED:  July 13, 2017          _____
21                                                      VINCE CHHABRIA
                                                        UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER